# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MILDRED CARRELLA,**
Appellant,

v.

**THE LONGWOOD CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D21-2402

[March 10, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502021CC000043.

Jeffrey M. Siskind of Siskind Legal, PLLC, Wellington, for appellant.

David W. Craft of David W. Craft, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***